■ Matter of CAROLYN P. FIUME, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE SEVENTH JUDICIAL DISTRICT, Petitioner. [965 NYS2d 920]—Order of suspension entered pursuant to 22 NYCRR 1022.23 (b). Present—Smith, J.P., Fahey, Carni, Sconiers and Valentino, JJ. (Filed May 21, 2013.)

■ Matter of MICHAEL W. GIBSON, for Reinstatement to the Practice of Law in the State of New York. [965 NYS2d 921]—Order entered terminating suspension and reinstating petitioner to the practice of law. Present—Smith, Fahey, Carni, Sconiers and Valentino, JJ. (Filed May 21, 2013.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROY B. HIGHSMITH, Appellant. [967 NYS2d 864]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Centra, Lindley and Valentino, JJ.